LAW OFFICES

# DAVID WIKSTROM

5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

September 22, 2022

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Eric Patterson, *et al.*
        22 CR 468 (JLR)

Dear Judge Rochon:

By this letter motion Defendant Eric Patterson moves for a bail modification to permit him to attend his two year-old son's birthday party on Sunday, September 25, 2022.

Mr. Patterson was arrested and released on a Recognizance Bond on Tuesday, September 13, 2022. He is and has remained in compliance with its terms and conditions, one of which is home detention. He and his common-law wife have five children, one of whom—Zavion, a 1 year-old, their youngest—celebrates his second birthday on Saturday. The family had made plans for a children's birthday party with friends and extended family for Sunday, September 25th, at a venue called Dave & Busters in Pelham Manor (in the Southern District of New York). The party gets under way at 3:00 p.m. and will end no later than 8:00 p.m. Mr. Patterson asks the Court for permission to attend.

Assistant United States Attorney Thomas Burnett consents to the application. Pretrial Services (PTSO Jonathan Lettieri) informs me that Pretrial's policy is <u>not</u> to consent to modifications of bail for social events. Notwithstanding this policy, I respectfully move on Mr. Patterson's behalf for permission. Neither I nor my client intend to seek the Court's permission for social events in general, and we recognize that "home detention" would verge on meaningless if "socializing" alone was enough to lift its restrictions.

But a child's birthday party does not implicate that concern. They are annual events, after all. And a parent's attendance at one (accompanied by his wife and other children), and his presence in the photographs of it, are important. Furthermore, they do not in Mr. Patterson's case give rise to any risk of flight; after all, he already has permission to take his children to and from school on weekdays.

Accordingly, with the consent of the Government, and notwithstanding Pretrial's general policy, I respectfully submit that the Court's discretion to permit Mr. Patterson to attend should be exercised in his favor. Mr. Patterson will of course notify Pretrial of his precise itinerary in advance, and will also have his phone on him at all times should Pretrial wish to contact him.

I thank the Court, in advance, for its consideration and attention.

Sincerely,

David Wikstrom

cc.: AUSAs Thomas Burnett and Jonathan Bodansky
    Pretrial. Services Officer Jonathan Lettieri

The request for a bail modification as described above is GRANTED.  The Court expects more notice for such requests in the future.  The Clerk of Court shall terminate the letter motion at dkt. 34.

Dated:  September 24, 2022.

SO ORDERED

JENNIFER L. ROCHON
United States District Judge