LAW OFFICES
# DAVID WIKSTROM
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

November 21, 2022

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Eric Patterson, *et al.*
     22 CR 468 (JLR)

Dear Judge Rochon:

By this letter motion Defendant Eric Patterson moves for a bail modification to permit him to attend a family Thanksgiving celebration on November 24, 2022.

Mr. Patterson was arrested and released on a Recognizance Bond on Tuesday, September 13, 2022. His family has made plans for a Thanksgiving celebration on November 24, 2022, to be held at Mr. Patterson's grandmother's apartment, which is located at 3365 Third Avenue in the Bronx Mr. Patterson asks the Court for permission to attend.

Assistant United States Attorney Jonathan Bodansky informs me that the Government consents to the application. Pretrial Services (PTSO Jonathan Lettieri) informs me that Pretrial's policy is <u>not</u> to consent to modifications of home detention restrictions for "socializing." Nevertheless I respectfully move on Mr. Patterson's behalf for permission.

As I observed before, seeking in that earlier instance permission for Mr. Patterson to attend his son's 2d Birthday party, we have no intention of seeking the Court's permission for social events in general, and we recognize that "home detention" would verge on meaningless if "socializing" alone was enough to lift its restrictions. But a family's Thanksgiving celebration does not implicate that concern. It is an annual event, after all. And a family's full attendance at one is virtually the whole point. Furthermore, the event does not in Mr. Patterson's case give rise to any risk of flight.

Accordingly, with the consent of the Government, and notwithstanding Pretrial's general policy, I respectfully submit that the Court's discretion to permit Mr. Patterson to attend should be exercised in his favor. Mr. Patterson will of course notify Pretrial of his precise itinerary in advance, and will also have his phone on him at all times should Pretrial wish to contact him.

I thank the Court, in advance, for its consideration and attention.

Sincerely,

David Wikstrom

cc.: AUSAs Thomas Burnett and Jonathan Bodansky
    Pretrial. Services Officer Jonathan Lettieri

Application **DENIED**. The Court agrees with Pre-Trial Services that exceptions to home detention should not be provided for social occasions except in extraordinary circumstances.

Dated: November 22, 2022
       New York, New York

SO ORDERED

JENNIFER L. ROCHON
United States District Judge