LAW OFFICES
# DAVID WIKSTROM
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

January 30, 2023

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application **GRANTED**. Mr. Patterson is permitted to attend the funeral for John Perez on February 2, 2023 from 5:00 p.m. to 9:00 p.m.*

*Dated: January 30, 2022*
*New York, New York*

**SO ORDERED**

*[signature]*
JENNIFER L. ROCHON
United States District Judge

Re: United States v. Eric Patterson, *et al.*
22 CR 468 (JLR)

Dear Judge Rochon:

By this letter motion Defendant Eric Patterson moves for a bail modification to permit him to attend the funeral for his friend and former codefendant John Perez, which will take place on Thursday, Feb. 2, 2023 from 5:00 to 9:00 pm at the Ortiz Funeral Home, 2580 Grand Concourse, Bronx, NY. Assistant United States Attorney Thomas Burnett and Pretrial Services Officer Jonathan Lettieri consent to this motion. Mr. Patterson is in compliance with the terms and conditions of his bail as previously set in September 2022. Mr. Patterson further acknowledges and agrees that he will have no interaction with any of his codefendants should in the event any of them choose to attend the funeral.

I therefore respectfully submit that the Court's discretion to permit Mr. Patterson to attend should be exercised in his favor. Mr. Patterson will of course notify Pretrial of his precise itinerary in advance, and will also have his phone on him at all times should Pretrial wish to contact him.

I thank the Court, in advance, for its consideration and attention.

Sincerely,

*[signature]*

David Wikstrom

cc.: AUSAs Thomas Burnett and Jonathan Bodansky
    Pretrial. Services Officer Jonathan Lettieri