LAW OFFICES
# DAVID WIKSTROM
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

February 23, 2023

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED.** Mr. Patterson shall remain on location monitoring technology as directed by Pretrial Services or the Supervising Officer

Dated: February 23, 2023
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: United States v. Eric Patterson, *et al.*
    22 CR 468 (JLR)

Dear Judge Rochon:

    I represent defendant Eric Patterson in this case, and by this letter motion respectfully move for a technical modification of the bail modification approved by the Court in Mr. Patterson's case this morning.

    In my motion I asked that Mr. Patterson's conditions of release be modified pursuant to 18 U.S.C. §3142(c)(3) by removing the home detention condition and replacing it with a curfew condition, while leaving in place the location monitoring condition. However in my concluding paragraph I mistakenly included the language "to leave in place electronic monitoring **with GPS tracking**." Pretrial Services has asked me to eliminate that language from my request, as it represents a narrowing of the technological means by which Pretrial monitors defendant locations. The appropriate language for the pending application should have been "to leave in place location monitoring technology as directed by the pretrial services or supervising officer." I therefore respectfully ask your Honor to "So Order" this letter to clarify the location monitoring condition in accordance with Pretrial's request.

    Pretrial Services Officer Jonathan Lettieri consents to this requested change, as does AUSA Jonathan Bodansky.

Respectfully submitted,

David Wikstrom