LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

June 28, 2023

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  <u>United States v. Eric Patterson</u>, *et al.*
          22 CR 468 (JLR)

Dear Judge Rochon:

    Mr. Patterson and the Government have reached a disposition in this case.

    Currently, the parties are scheduled a status conference on July 10, 2023. By this letter motion, the parties jointly request that the matter be adjourned to July 19, 2023 at 11:00 a.m., for entry of Mr. Patterson's plea. The Defendant consents to the exclusion of this additional period of time from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(a).

The July 10, 2023 status conference is adjourned to **July 19, 2023 at 11:00 a.m.** to allow Mr. Patterson to enter a plea of guilty. Speedy trial time is excluded under 18 U.S.C. § 3161(h)(7) until July 19, 2023. The Court finds that the ends of justice served through this exclusion outweigh the interests of the public and the Defendant in a speedy trial because of the need for the parties to negotiate a disposition of this case.

Respectfully,

David Wikstrom

Dated: June 29, 2023
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**