LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

October 28, 2023

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Eric Patterson, *et al.*
22 CR 468 (JLR)

**Request GRANTED.** Sentencing for Eric Patterson is hereby adjourned to **December 12, 2023 at 3:30 p.m.** Defendant's submission is due **two weeks** before the date for sentencing. The Government's submission is due **one week** before the date of sentencing.

Dated: October 30, 2023
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

I respectfully move for a 30-day postponement of sentencing of Eric Patterson, who is presently scheduled to be sentenced on November 9, 2023. The Government consents to the application.

I had written Government counsel for their consent to an adjournment on 10/25 but did not hear back for two days. In the interim, Mr. Patterson was arrested by the NYPD on 10/26, prompting an email from Pretrial that the parties should expect a violation memo to be filed, depending on what Mr. Patterson's arraignment charges ultimately were after he was presented in court in the Bronx. That emergency necessitated a delay in filing my anticipated adjournment letter, in that any new criminal case for conduct while on pretrial release would affect the extant Guidelines calculation in several significant ways, and would also require a much more significant delay in Mr. Patterson's sentencing than the one I contemplated.

Yesterday the charges against Mr. Patterson were dismissed, and I also heard back from the Government in response to my inquiry about the adjournment, receiving its consent. Accordingly, I now respectfully move for an adjournment of Mr. Patterson's sentencing. I am still gathering documents for my sentencing submission, including letters from Mr. Patterson's family, employer, and drug program. And I need the additional time to complete Mr. Patterson's sentencing submission.

I therefore respectfully request a 30-day adjournment of Mr. Patterson's sentencing, from November 9 to a date in December convenient to the Court.

Sincerely,

David Wikstrom